(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

J. BARRETT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

M.J. LITKOVITZ

Xezakia Rouse

**Plaintiff(s)**

**Case No.**

1:17CV71

**vs.**

National Neighborhood Watch Association
Julie Gibson
Shane Gibson

**Defendants(s)**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 FEB -1  PM 2: 12
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.**

**I. Are you employed?**                Yes_____        No **X**
   **A. If you answered "Yes":**
     (1) What is the name and address of your employer

     (2) How much do you earn per month?

   **B. If you answered "No"**
     (1) Have you ever been employed?        Yes **✓**        No_____
     If yes, what was the last year and month you were
     employed? __2006__
     How much did you earn a month?__3400 ºº__

**II. What is your marital status?**
   Single ___✓___        Married_____        Widowed_____        Divorced_____
   **A. If you answered "Married":**
     (1) Is your spouse employed?  Yes_____        No_____
     If yes, how much does your spouse earn each month?
     $_____

**III. Do you have any dependents?**        Yes_____        No **✓**
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
|      |              |        |
|      |              |        |
|      |              |        |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**        Yes **✓**        No_____
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| Side Work Waste Disposal | $ 600 ºº |  | $ |
| Side work Roofing | $ 400 ºº |  | $ |
|  | $ |  | $ |

**V.** Do you have any cash on hand or money in a savings, checking, or other account?
  Yes_____   No _✓_

    **A.** If you answered "Yes", state the combined total amount:
  $_____.

**VI.** Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
  Yes_____   No _✓_
    **A.** If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

**VII.** List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

**VIII.** State your address and telephone number where the Court can reach you.
  6852 Hawthorne Avenue
  Cincinnati, Ohio 45205

I declare under penalty of perjury that the above information is true and correct.

_____     _____
      **Date**                **Signature of Applicant**

-3-